## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NAN LIN,

    Petitioner,

v.

                                             Case No. 1:26-cv-01216-MIS-JFR

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD M. LYONS; Acting Director of
Immigration and Customs Enforcement;
DAVID EASTERWOOD, Field Office
Director of Enforcement and Removal
Operations, Minneapolis-St. Paul Field
Office, Immigration and Customs
Enforcement; MARY DE ANDA-YBARRA,
Field Office Director of Enforcement and
Removal Operations, El Paso Field Office,
Immigration and Customs Enforcement; and
WARDEN, Otero County Processing Center,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Nan Lin and against Respondents Markwayne Mullin, Todd

M. Lyons, David Easterwood, Mary De Anda-Ybarra, and Warden, Otero County Processing

Center.

                                                   _____

                                             **MARGARET STRICKLAND**
                                             UNITED STATES DISTRICT JUDGE